SADIE COHEN, Appellant, *v.* B. J. DENIHAN, INC., Respondent.

Argued April 15, 1952; decided May 29, 1952.

*Simon Greenhill* for appellant.
*Abraham Greenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.